# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES,**<br><br>v.<br><br>**CONSTANCE ARRINGTON.** | **CRIMINAL ACTION**<br><br>**NO. 24-CR-127** |

## ORDER

**AND NOW**, this 10th day of December, 2024, following briefing from both parties and an evidentiary hearing regarding Defendant Constance Arrington's Motion to Suppress (ECF 18), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\24cr127, USA v. Arrington\24-cr-127 Order re Motion to Suppress.docx